## 39808. MACON TELEGRAPH PUBLISHING COMPANY v. ELLIOTT.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*Writ of certiorari vacated. Hill, C. J., Smith and Bell, JJ., and Judge Jere F. White concur. Marshall, P. J., Clarke and Weltner, JJ., dissent. Gregory, J., disqualified.*

DECIDED OCTOBER 4, 1983 —
REHEARING DENIED OCTOBER 25, 1983.

*Sell & Melton, Ed S. Sell III, E. S. Sell, Jr.,* for appellant.
*Tim D. Hemingway, W. W. Hemingway,* for appellee.
*Hansell & Post, Albert G. Norman, Jr., David J. Bailey,* amicus curiae.